In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

NO. 09-13-00485-CV
_____

BETTY J. SPEARS, Appellant

V.

WELLS FARGO BANK N.A., Appellee

On Appeal from the 136th District Court
Jefferson County, Texas
Trial Cause No. D-191,827

## ORDER

The appellee, Wells Fargo Bank N.A., filed a notice of the bankruptcy of the appellant, Betty J. Spears. *See* Tex. R. App. P. 8.1. This proceeding is abated for administrative purposes only, and will be treated as a closed case unless timely reinstated by proper motion. *See* Tex. R. App. P. 8.2.

ORDER ENTERED April 3, 2014.

PER CURIAM

Before McKeithen, C.J., Horton and Johnson, JJ.

1